IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
_____

No. 97-11025
Summary Calendar
_____

RANDY GEORGE WARGO, ET AL.,

                                        Plaintiffs,

LARRY RICKEY ALLEN; JESSE ALVIN PURSCHE;
RANDY GEORGE WARGO; FREDERICK V. CANADY,

                                        Plaintiffs-Appellants,
                        versus

JIM BOWLES, Sheriff of Dallas County, ET AL.,

                                        Defendants-Appellees.
            _____

DON EVERETTE SPENCE, JR.,

                                        Plaintiff-Appellant,
                        versus

JIM BOWLES, Sheriff of Dallas County, ET AL.,
                                        Defendants,

JIM BOWLES, Sheriff of Dallas County,

                                        Defendant-Appellee.
            _____

AHMED A AZZEEM,

                                        Plaintiff-Appellant,
                        versus

JIM BOWLES,

                                        Defendant-Appellee.
            _____

CURTIS ERIN DYSON,

                                        Plaintiff-Appellant,

                        versus

DALLAS COUNTY JAIL, ET AL.,

                                        Defendants,

JIM BOWLES, Sheriff of Dallas County,

                                        Appellee.
                    _____

ROBERT LOUIS BABERS,

                                        Plaintiff-Appellant,
                              versus

JIM BOWLES, Sheriff of Dallas County, ET AL.,
                                        Defendants,
JIM BOWLES, Sheriff of Dallas County,

                                         Defendant-Appellee.
                    _____

CEDRIC MARK ALEXANDER,

                                        Plaintiff-Appellant,
                              versus

JIM BOWLES, Sheriff of Dallas County, ET AL.,
                                        Defendants,
JIM BOWLES, Sheriff,

                                         Defendant-Appellee.
                    _____

KEVIN EUGENE TURNER,

                                        Plaintiff-Appellant,
                              versus

JIM BOWLES, Sheriff of Dallas County,

                                         Defendant-Appellee.


                    _____

TYRONE RAY COTTON,

                                        Plaintiff-Appellant,
                              versus

JIM BOWLES, ET AL.,
                                         Defendants,

2

JIM BOWLES,

                                                    Defendant-Appellee.
_____

              Appeals from the United States District Court
                   for the Northern District of Texas
                        USDC No. 3:93-CV-2052-BD
_____

                           August 31, 1999

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     The following eleven Texas inmates (the "plaintiffs") appeal
the bench trial judgment against them:  Larry Rickey Allen
(#705591), Cedric Mark Alexander (#659719), Ahmed A. Azzeem
(#190254), Robert Louis Babers (#651148), Frederick V. Canady
(#377737), Tyrone Ray Cotton (#565930), Curtis Erin Dyson
(#712691), Jesse Alvin Pursche (#625502), Don Everette Spence, Jr.
(#664088), Kevin Eugene Turner (#622481), and Randy George Wargo
(#665739).

     Allen's motion for appointment of counsel on appeal is DENIED.
Azzeem's "motion to correct style and cause number of case" is
DENIED as unnecessary.

     The magistrate judge dismissed the plaintiffs' various claims
alleging overcrowded conditions, inadequate sanitation, inadequate
security, and inadequate medical care at the Dallas County Jail.

_____

     [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

3

We have carefully reviewed the record and the briefs of the parties and find no reversible error. The magistrate judge entered a lengthy and thorough opinion, which included numerous findings of fact and conclusions of law. The plaintiffs have failed to demonstrate that any of the magistrate judge's factual findings are clearly erroneous. See Baldwin v. Stalder, 137 F.3d 836, 839 (5th Cir. 1998). Furthermore, the magistrate judge did not abuse his discretion in refusing to certify a class action. See Allison v. Citgo Petroleum Corp., 151 F.3d 402, 408 (5th Cir. 1998). Finally, because neither the rights to confrontation and cross-examination nor the right to effective assistance of counsel apply to civil proceedings, plaintiffs' arguments regarding these issues are not considered. See Woolsey v. Nat'l Transp. Safety Bd., 993 F.2d 516, 521 (5th Cir. 1993); Sanchez v. United States Postal Service, 785 F.2d 1236, 1237 (5th Cir. 1986).

A F F I R M E D.